**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RICO DUKES,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:17-CV-2834-D** |
| | ) | |
| **ROMAN EMPIRE, and POPE JORGE** | ) | |
| **MARIO BERGOGLIO,** | ) | |
| **Defendant.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the

findings, conclusions, and recommendation of the magistrate judge, the court concludes that the

findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and

recommendation of the magistrate judge are adopted.

**SO ORDERED**.

December 27, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE